■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER TATUM, Appellant. [885 NYS2d 918]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated December 5, 2006 (*People v Tatum*, 35 AD3d 511 [2006]), affirming a judgment of the Supreme Court, Kings County, rendered June 12, 2003.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Prudenti, P.J., Mastro, Rivera and Fisher, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARCEL VACHET, Appellant. [886 NYS2d 360]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated March 22, 2004 (*People v Vachet*, 5 AD3d 700 [2004]), affirming a judgment of the Supreme Court, Kings County, rendered March 26, 2002.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Mastro, J.P., Rivera, Dillon and Florio, JJ., concur.